IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ARNOLD & ITKIN, LLP,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) ) Case No.: 4:24-cv-00789 |
| **DISCOVER BANK and ANTHONY COLON,** | ) ) |
| **Defendants.** | ) ) ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

**COMES NOW** Plaintiff Arnold & Itkin ("Plaintiff") and Defendant Discover Bank ("Defendant"), by and through their undersigned counsel, and hereby submit their Joint Motion to Amend the Scheduling Order entered on June 11, 2024. For the following reasons, Plaintiff and Defendant request the Court to amend the Scheduling Order.

1. Plaintiff commenced this action by filing its petition in the Circuit Court of Harris County, Texas on February 14, 2024.

2. Defendant removed this matter to this court on March 4, 2024.

3. Defendant filed its motion to dismiss Plaintiff's claims on March 11, 2024. Plaintiff filed its response on April 11, 2024, and Defendant filed its reply brief on April 23, 2024. The motion to dismiss has yet to be ruled upon.

4. Plaintiff has attempted to serve Defendant Anthony Colon multiple times, and has yet to complete service.

5. Accordingly, Plaintiff and Defendant request that the Court amend the Scheduling Order. They request the discovery deadline be extended from November 18, 2024 to February 14, 2025, and the motions deadline be extended from December 9, 2024 to March 14, 2025.

55295632 v1

6.      Plaintiff and Defendant request the deadline for Defendant to submit its final version of the pretrial order to May 2, 2025, and the date on which Plaintiff files the final pretrial order be extended to May 16, 2025.

7.      Plaintiff and Defendant request the trial be continued until June 9, 2025, with a docket call set for June 6, 2025.

Respectfully submitted this 9th day of October 2024.

| | |
|---|---|
| */s/ Alec J. Paradowski* | */s/ Richard C. Keller* |
| Kurt Arnold | Richard C. Keller TX. Bar No. 24134669 |
| Alec J. Paradowski | BURR & FORMAN LLP |
| ARNOLD & ITKIN LLP | 420 North 20th Street, Suite 3400 |
| 6009 Memorial Drive | Birmingham, AL 35203 |
| Houston, TX 77007 | Telephone: (205) 458-5323 |
| Telephone: (713) 222-3800 | Facsimile: (205) 244-5664 |
| Facsimile: (713) 222-3850 | Email: rkeller@burr.com |
| Email: aparadowski@ArnoldItkin.com | |
| | *Attorney for Defendant DISCOVER BANK* |
| *Attorneys for Plaintiff ARNOLD & ITKIN LLP* | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on this the 9th day of October 2024 and will be served on the following by electronic mail or, if the party does not participate in electronic filing, U.S. First Class Mail, postage prepaid:

Anthony Colon
1316 Greenridge Ave.
Lithonia, GA 300358

                              */s/ Richard C. Keller*
                              OF COUNSEL